UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARL S. BEEMER,

        Plaintiff(s),        CASE NUMBER: 07-10109
                                    HONORABLE VICTORIA A. ROBERTS

v.

**COMMISSIONER OF SOCIAL SECURITY**,

        **Defendant(s).**
_____/

## ORDER

On January 28, 2010, counsel for Karl Beemer filed a "Motion for Approval of Social Security Fees." (Doc. #35). He asks the Court to award him $5,225.00 in fees for services for judicial representation. He filed a See *Horenstein v. Secretary of Health & Human Services*, 35 F.3d 261 (6th Cir. 1984),

**IT IS ORDERED**.

                                            s/Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge

Dated: February 17, 2010

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on February 17, 2010.

s/Linda Vertriest
Deputy Clerk

---

1